# AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND CRIMINAL COMPLAINT

I, Sonia Bush, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for an arrest warrant.

2. I am a Special Agent (SA) of the United States Department of Justice (DOJ), Federal Bureau of Investigation (FBI) and have been so employed since July 2008. I am currently assigned to the FBI's Washington Field Office Violent Crimes Task Force. I am presently assigned to work a variety of criminal and national security matters, including the investigation of violent crimes, bank robbery and kidnapping offenses. Through my training within the FBI, I am trained and authorized to investigate the offenses alleged herein.

3. I have also participated in the execution of many state, local, and federal search warrants, a number of which have involved computer crimes, including those prohibited by 18 U.S.C. § 1030. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 1201 (Kidnapping), as well as for other offenses.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on my training and experience and the facts set forth in this affidavit, I respectfully submit that there is probable cause that PAOLO ALDORASI committed violations of 18 USC § 1201 (Kidnapping).

6. The statements contained in this affidavit are based on my years of experience as a law enforcement officer with the FBI and on information supplied to me by other law enforcement officers who have been involved in the investigation. Because this affidavit is being submitted for the limited purposes of securing a complaint and an arrest warrant, I have not included each and every fact known to me concerning this investigation.

## FACTUAL BACKGROUND

1. On Thursday, January 26, 2017, at approximately 1520 hours, the complainant reported to members of the Metropolitan Police Department that he was kidnapped and forced into a vehicle by an unknown subject, from the 3400 block of O Street Northwest, in the District of Columbia. The subject, later identified as ALDORASI, then forced the complainant to use his debit card in an attempt to withdraw money from various Automated Teller Machines (ATM's) and make purchases at retail establishments in Montgomery County, Maryland and the District of Columbia. After approximately two hours, ALDORASI eventually released the complainant, unharmed, in the District of Columbia. There was no monetary loss to the complainant.

2. Later that day, the complainant was interviewed by law enforcement and the following information was obtained. The complainant stated that he left Georgetown University and was walking eastbound in the 3400 block of O Street Northwest, when ALDORASI, who was operating a light gray or silver colored Sport Utility Vehicle (SUV) or crossover vehicle pulled alongside of him. ALDORASI asked the complainant where Dulles Airport was. The complainant, who spoke limited English, said he didn't know. ALDORASI asked the complainant to use the Google Maps app on his phone to find Dulles Airport. ALDORASI then told the complainant he had little data left on his phone.

3. ALDORASI, who was still seated in his vehicle, asked the complainant if he was Korean. The complainant said he was from Korea. ALDORASI engaged in a conversation with the complainant and stated he too had visited Korea. ALDORASI then told the complainant he was going to give him a present. The complainant stated ALDORASI reached out of his window and grabbed the complainant by his wrist. ALDORASI then released his grip of the complainant and exited his vehicle. Once outside of the vehicle, ALDORASI grabbed the complainant's wrist again and then led him to his vehicle. ALDORASI then opened the passenger door of his vehicle and directed the complainant to passenger seat.

4. While inside of the vehicle, the subject asked the complainant for $2,800.00 dollars. The complainant, who was in fear, took out his wallet. ALDORASI told the complainant he was going to Italy. The complainant called his father but did not get an answer. ALDORASI told the complainant, "Don't call your mom or dad". The complainant's father called back. ALDORASI again told the complainant not to answer the phone. ALDORASI saw the complainant's debit card in his possession when the complainant opened his wallet and immediately drove off with the complainant.

**A. SUNTRUST BANK**

5. ALDORASI drove the complainant to the SunTrust Bank at 2929 M Street Northwest, Washington, D.C. ALDORASI parked his vehicle and he and the complainant exited the vehicle. ALDORASI walked the complainant into the vestibule of the SunTrust Bank. ALDORASI told the complainant he wanted him to withdraw money. Fearing for his safety, the complainant complied and used his debit card at the ATM in the bank vestibule in effort to withdraw money. The complainant attempted to with draw $500.00 dollars. The transaction was declined. The complainant attempted to withdraw $500.00 dollars again. That transaction was

declined. After two failed attempts, ALDORASI and the complainant left the bank. ALDORASI and the complainant reentered ALDORASI's vehicle.

**B. WELLS FARGO BANK**

6. ALDORASI next drove the complainant to the Wells Fargo Bank located at 2901 M Street Northwest, Washington, D.C. ALDORASI parked his vehicle on 29th Street Northwest and he and the complainant exited the vehicle. ALDORASI walked the complainant into the vestibule of the Wells Fargo Bank. ALDORASI again told the complainant to withdraw money. Again fearing for his safety, the complainant used his debit card at the ATM in the bank vestibule in effort to withdraw money. The complainant said there was an option to conduct the transaction in Korean language. ALDORASI ordered the complainant to conduct the transaction in English. The complainant attempted to withdraw $500.00 dollars. The transaction was declined. The complainant attempted to withdraw $500.00 dollars again. That transaction was declined. After two failed attempts, ALDORASI and the complainant left the bank. ALDORASI and the complainant re-entered ALDORASI's vehicle.

**C. TD BANK**

7. The complainant said ALDORASI became angry because the complainant was unable to obtain money for ADORASI. ALDORASI then drove to the TD Bank located at 1611 Wisconsin Avenue Northwest, Washington, D.C. ALDORASI walked the complainant inside of the vestibule of the bank to the ATM. This time the complainant was told by ALDORASI to enter a lesser amount. The complainant used his debit card and attempted to withdraw $200.00 dollars. The transaction was declined. ALDORASI became even more annoyed and they left the bank. ALDORASI and the complainant re-entered ALDORASI's vehicle.

8. ALDORASI asked the complainant what his balance was on his debit card. The complainant said he did not know. ALDORASI then drove the complainant northbound on Wisconsin Avenue, Northwest. ALDORASI left the District of Columbia and crossed into Montgomery County, Maryland.

## D. CARTIER JEWELRY STORE

9. ALDORASI drove the complainant to the Cartier Jewelry Store located at 5471-B Wisconsin Avenue, Chevy Chase, Maryland. ALDORASI told the complainant to smile when he entered the store. The complainant was in fear of ALDORASI and complied. Once in the store, ALDORASI asked the sales person to see a particular bracelet that cost $4,500 dollars. The sales clerk showed ALDORASI several bracelets. ALDORASI chose a bracelet that retailed for $6,300.00 dollars. The sales person asked ALDORASI how he would like to pay for the bracelet. ALDORASI referred to the complainant. ALDORASI told the complainant to ask the sales person what was his debit credit limit. The complainant asked the sales person about his credit limit. The sales person stated they would not have that information.

10. The complainant gave the sales person his debit card. The sales person asked for the complainant's identification. The complainant provided a Georgetown University school identification card. The sales person also gave ALDORASI a customer form to fill out for future promotions. ALDORASI provided his name as Antonio D'Errico with an email address ESPO@hotmail.com.

11. The sales person attempted to process the transaction, which totaled $6,678.00 dollars, but the transaction was declined. The sales person informed the complainant that the card was declined. ALDORASI became noticeably upset and they exited the jewelry store. They re-entered ALDORASI's vehicle, and drove off.

12. ALDORASI then drove back into the District of Columbia where he parked his vehicle alongside the Best Buy retail store located at 4500 Wisconsin Avenue Northwest, Washington D.C.

**E. BANK OF AMERICA**

13. ALDORASI and the complainant exited the vehicle. ALDORASI told the complainant to try his debit card again at the stand-alone Bank of America ATM in front of the Best Buy retail store at 4500 Wisconsin Avenue, Northwest. Fearing for his safety, the complainant again attempted to withdraw $200.00 dollars. That transaction was again declined.

**F. BEST BUY RETAIL STORE**

14. ALDORASI and the complainant then walked into the Best Buy retail store. ALDORASI told the complainant to smile when talking to the sales persons. ALDORASI told the complainant he wanted to purchase two I-Phone 7 Plus cellular telephones. ALDORASI told the complainant he wanted to purchase them separately so the charges would go through. ALDORASI had the sales person ring up one I-Phone 7 Plus cellular telephone which totaled $845.99 dollars, but the transaction was declined.

15. After the failed attempt, ALDORASI and the complainant walked back to ALDORASI's vehicle. ALDORASI told the complainant to call the customer service number on his debit card and ask them what his spending limit was. ALDORASI also told the complainant to tell the customer service representative to release the holds on the account and allow the transactions to go through.

16. The complainant contacted the customer service representative through his bank and asked them about his spending limit. The representative did not provide that information to

the complainant. ALDORASI told the complainant to get out of his vehicle. The complainant exited ALDORASI's vehicle at approximately 1730 hours, and notified the police.

**INVESTIGATION**

17. Law enforcement obtained several surveillance videos related to the transactions and travels which clearly depicted the face of the suspect and the complainant. Additionally, several of the videos showed the suspect operating a white Chevrolet Equinox during his encounters with the complainant.

18. Law enforcement identified the Chevrolet Equinox as having a Pennsylvania registration JVN-0916. Surveillance footage reviewed on or about February 10, 2017, showed the same vehicle being operated on January 19, 2017, by an individual matching the suspect depicted in the videos obtained from various locations during the January 26, 2017 incidents. Thereafter, rental records revealed the vehicle had been rented to an individual named PAOLO ALDORASI on January 16, 2017 and being returned by the same on January 29, 2017.

19. Photographs of PAOLO ALDORASI were obtained through law enforcement databases and were compared to the suspect depicted in the videos of January 26, 2017. The individual in the photo obtained from the law enforcement database, and the individual in the January 26, 2017 videos, bared a strong likeness to one another.

20. Additionally, the Pennsylvania registration JVN-0916 was entered into the License Plate Reader (LPR) system and returned results placing the vehicle at locations consistent with those described by the complaining witness.

21. In order to further the investigation, law enforcement investigated social media accounts believed to be linked to ALDORASI. At that time the account was open to the public to review. Law enforcement observed on social media a video of ALDORASI on January 25, 2017,

in the Washington, D.C. metropolitan area, driving a vehicle which, based upon your affiant's experience, appeared to match the interior dashboard of a Chevrolet product.

22. A wanted poster was created using the photograph obtained of ALDORASI and was distributed to the public via a press release. The poster was subsequently uploaded to various media outlets, including the internet.

23. During continued investigation, law enforcement conducted a follow-up interview with the complaining witness. During that interview, the complaining witness indicated that he had seen an image of the suspect on the internet. The complaining witness showed law enforcement the photo he had seen. The photograph was from the law enforcement wanted poster, and was the photograph of ALDORASI.

**CONCLUSION**

Based on the forgoing, I respectfully request that the Court issue the proposed arrest warrant.

SPECIAL AGENT SONIA BUSH
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THE _______ DAY OF, 2017.